United States District Court
Southern District of Texas

**ENTERED**

May 27, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JABDIEL ARTOLA REYES, | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00518 |
| FRANCISCO VENEGAS, *et al., in their* | § | |
| *official capacities,* | § | |
| "Respondents." | § | |
| | § | |

**ORDER**

Before the Court is Petitioner's "Verified Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and Petitioner's "Emergency Motion for Preliminary Relief or a Truncated Briefing Schedule" (Dkt. No. 2) ("Emergency Motion"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and Emergency Motion no later than 20 days after service of the Petition and Emergency Motion upon Respondents.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the Emergency Motion (Dkt. No. 2), and this Order to the United States Attorney for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

SIGNED this May 27, 2026

Rolando Olvera
United States District Judge

1 / 1